# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

|   |   |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) Master Docket No.: 2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL OF 3M COMPANY WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendant 3M Company ("3M") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' claims pending against 3M in the actions identified in Exhibit A pursuant to the Settlement Agreement between Public Water Systems and 3M Company dated June 22, 2023 (as subsequently amended), filed in *In re Aqueous Film-Forming Foams Products Liability Litigation,* MDL No. 2:18-mn-2873 (D.S.C).

Each party shall bear its own costs.

Dated: July 8, 2024

/s/ Andrew W. Croner
Andrew Croner, Esq.
Patrick Lanciotti, Esq.
Nicholas Mindicino, Esq.
360 Lexington Avenue, 11th Fl.
New York, New York 10017
(212) 397-1000
acroner@napolilaw.com
planciotti@napolilaw.com
nmindicino@napolilaw.com

Paul J. Napoli, Esq.
Coral M. Odiot-Rivera
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
(833) 271-4502

Respectfully submitted,

/s/ Richard F. Bulger
Richard F. Bulger
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
312-702-0600
rbulger@mayerbrown.com

*Counsel for Defendant 3M Company*

1

pnapoli@nsprlaw.com
codiot@nsprlaw.com

*Counsel for Plaintiffs*


pnapoli@nsprlaw.com
codiot@nsprlaw.com

*Counsel for Plaintiffs*